**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 1:23-cr-20374-PCH**

**UNITED STATES OF AMERICA**,

v.

**ALDER RAMIREZ BARILLAS,**

    Defendant.

_____/

**ORDER ADOPTING AND AFFIRMING R&R AND ADJUDICATING DEFENDANT GUILTY**

**THIS MATTER** is before the Court on Magistrate Judge Jacqueline Becerra's Report and Recommendation ("R&R") on Change of Plea [ECF No. 18], entered on November 18, 2023. In the R&R, Judge Becerra found that the Defendant Alder Ramirez Barillas, freely and voluntarily entered a plea of guilty to the crime charged in the Indictment, which is unlawful reentry into the United States after having previously been removed under 8 U.S.C. §§ 1326(a), (b)(1).

Magistrate Judge Becerra recommends that this Court accept Defendant's guilty plea, that Defendant be adjudicated guilty of the crime charged in the Indictment, and that a sentencing hearing be conducted for final disposition of this matter. On November 20, 2023, the Government and Defendant filed a Joint Notice of Non-Objection to the R&R [ECF No. 20]. Therefore, based on a *de novo* review of the evidence presented, it is hereby

**ORDERED AND ADJUDGED** that (1) Magistrate Judge Becerra's R&R on Change of Plea [ECF No. 18] is **ADOPTED** and **AFFIRMED in its entirety**; (2) the Court accepts Defendant's plea of guilty, and Defendant is hereby adjudged guilty as to the crime charged in the

Indictment; and (3) a sentencing hearing before the Honorable Paul C. Huck is set for **Monday, November 27, 2023, at 3:00 PM**.

**DONE AND ORDERED** in Miami, Florida on November 21, 2023.

_____
PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Jacqueline Becerra
Counsel of record